Dv1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ANNE C. FAHEY, individually and as :
Administratrix of the Estate of Kevin J. Fahey, :
:
       Plaintiff, :
:
   - v -    : Civil Action No.
               : 06-CV-3300(ERK)(JMA)
AMGAD S. GARAS, :
:
       Defendant. :
:
------------------------------------------------------------ x

## ORDER GRANTING MOTION TO COMPEL PRODUCTION

AND NOW this 8th day of March, 2007, the Court having considered the Motion of Anne C. Fahey ("Fahey") to Compel Production of Documents, and any response thereto, and having heard argument of counsel, it is hereby **ORDERED** that non-party NYC 2 Way International, LTD. ("NYC 2 Way") produce those documents requested in Plaintiff's Subpoena dated January 19, 2007 on or before _March 16_, 2007.

                  BY THE COURT:

                  _____
                  JOAN M. AZRACK, U.S.M.J.

                  3-1-07